

December 6, 2023

**SENT VIA E-MAIL**

U.S. Department of Education
Office of the Executive Secretariat
FOIA Service Center
ATTN: FOIA Public Liaison
400 Maryland Avenue, SW, LBJ 7W106A
Washington, DC 20202-4536
EDFOIAManager@ed.gov
Robert.wehausen@ed.gov


Re: Freedom of Information Act Request Regarding Grand Canyon University
FOIA Request No. 24-00550-F

Dear FOIA Public Liaison:

The Goldwater Institute ("Institute") submitted a public records request to the U.S. Department of Education ("DOE") through its online portal on December 4, 2023. Attachment 1. On December 5, 2023, we received a response from the ED FOIA Service Center, Office of the Secretary, acknowledging the request and assigning our request the number, 24-00550-F. Attachment 2. The letter also advised that the current average request processing time is 185 business days.

As you know, the Freedom of Information Act ("FOIA") requires your response within the statutory timeframe of twenty (20) working days. 5 U.S.C. § 552(a)(6)(A); *Aguirre v. U.S. Nuclear Regul. Comm'n*, 11 F.4th 719, 725 (9th Cir. 2021). If an agency fails to respond timely to a request for records, the requesting party is deemed to have exhausted their remedies. *Id.* (citing 5 U.S.C. § 552(a)(6)(C)(i)).

An agency may notify the requestor of "unusual circumstances" requiring an extension of this deadline. *Hajro v. U.S. Citizenship & Immigr. Servs.*, 811 F.3d 1086, 1092 (9th Cir. 2016) (citing 5 U.S.C. § 552(a)(6)(A), (B)). Unusual circumstances are defined within 5 U.S.C. § 552(a)(6)(B)(iii) and require written notice setting forth the unusual circumstances and the date in which a determination is expected. *Hart v. U.S. Dep't of Health & Hum. Servs.*, 676 F. Supp.2d 846, 854 (D. Ariz. 2009). If the agency fails to make a timely determination, the requestor may proceed as if the request had been denied. *Id.* (citing 45 CFR § 5.35(a)).

**Exhibit C**

FOIA Public Liaison
December 6, 2023
Page **2** of **2**

      The December 5 letter does not state the unusual circumstances that may permit an extension, nor does it provide the date by which a determination is expected.

      We write to inform you that we intend to pursue all legal remedies available, including bringing an action in U.S. District Court to compel production if the agency does not provide a response within the statutory deadline of twenty (20) business days.

      If you have any questions about this request or foresee any problems in fully releasing the requested records please contact me as soon as possible, I can be reached at (602) 465-5000 or sskankey@goldwaterinstitute.org.

      Sincerely,

      Mrs. Stacy Skankey
      Staff Attorney
      Scharf-Norton Center for Constitutional Litigation
      at the Goldwater Institute



December 4, 2023

**SENT VIA E-MAIL & U.S. MAIL**

U.S. Department of Education
Office of the Executive Secretariat
FOIA Service Center
400 Maryland Avenue, SW, LBJ 7W106A
Washington, DC 20202-4536
ATTN: FOIA Public Liaison

Re: Freedom of Information Act Request Regarding Grand Canyon University

Dear FOIA Public Liaison:

On behalf of the Scharf-Norton Center for Constitutional Litigation at the Goldwater Institute (the "Goldwater Institute") and pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, this correspondence is a request for records, regardless of format, medium or physical characteristics.

Specifically, we seek the following documents and records:

(1) Copies of all email communications <u>between</u> the individuals identified below pertaining to the Federal Student Aid's ("FSA") or the U.S. Department of Education's ("DOE") investigation and fine of Grand Canyon University ("GCU") for alleged violations of the Higher Education Act and/or federal regulations, as well as GCU's Provisional Program Participation Agreement, from January 1, 2021 to the date of this request:
    a. Richard Cordray
    b. Christopher Madaio
    c. Kristen Donoghue
    d. Susan Crim
    e. Lina Khan
    f. Michael Tankersley
    g. Rohit Chopra

(2) Copies of records that indicate the total number of complaints submitted by members of the public to the DOE pertaining to GCU's disclosure of the cost of its doctoral programs from January 1, 2020 to the date of this request.

**Attachment 1**

FOIA Public Liaison
December 4, 2023
Page **2** of **2**

     Electronic production of records and information is acceptable. If the records are produced electronically, please include all associated metadata. If you refer me to a website containing responsive records, please specify the precise web address where they may be found.

     Please note that the Goldwater Institute is a not-for-profit 501(c)(3) organization. As such, no responsive records will be used for commercial purposes.

     We are willing to pay fees for this request up to three hundred dollars ($300.00). If you estimate that fees will exceed this amount, please inform me first.

     I request your response within the statutory timeframe of twenty (20) business days. If you are unable to complete the request within that time, please contact me with your progress and expected completion date. The Goldwater Institute regularly disseminates information to the public. Given the critical and timely public importance of the activities of the federal government raised in this FOIA request, we request expedited production.

     Please mail the responsive records to the mailed address above or e-mail address below.

     If you deny access to any of the above public records, please provide forthwith a written statement of the express grounds for the denial, citing the law or regulation under which access is denied.

     If you have any questions about this request or foresee any problems in fully releasing the requested records please contact me as soon as possible, I can be reached at (602) 465-5000 or sskankey@goldwaterinstitute.org.

     Sincerely,

     Mrs. Stacy Skankey
     Staff Attorney
     Scharf-Norton Center for Constitutional Litigation
     at the Goldwater Institute



United States Department of Education

Office of the Secretary

FOIA Service Center

December 5, 2023

Stacy Skankey
Staff Attorney
Goldwater Institute
500 E Coronado Rd
Phoenix, AZ  85004

RE: FOIA Request No. 24-00550-F

Fee Waiver Requested: No
Expedited Processing Requested: Yes

Dear Stacy Skankey:

This is an acknowledgment of your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated December 4, 2023, and received in the Department of Education's (Department) FOIA Service Center (FSC) on December 5, 2023. You requested the following:

"Specifically, we seek the following documents and records:
(1) Copies of all email communications between the individuals identified below pertaining to the Federal Student Aid's ("FSA") or the U.S. Department of Education's ("DOE")investigation and fine of Grand Canyon University ("GCU") for alleged violations of the Higher Education Act and/or federal regulations, as well as GCU's Provisional Program Participation Agreement, from January 1, 2021 to the date of this request:
a. Richard Cordray
b. Christopher Madaio
c. Kristen Donoghue
d. Susan Crim
e. Lina Khan
f. Michael Tankersley
g. Rohit Chopra
(2) Copies of records that indicate the total number of complaints submitted by members of the public to the DOE pertaining to GCU's disclosure of the cost of its doctoral programs from January 1, 2020 to the date of this request."

Please review the Additional Information section below to learn if we need additional clarification and/or documentation in order to continue processing your request. **If no additional information is needed, nothing more is required from you at this time.** If we do require supplemental information, you have ten business days to respond. If you do not respond within this time frame, we will administratively close your case. An administrative

**Attachment 2**

closure is not a denial of your request and does not preclude you from making requests in the future.

Please be advised that the current average request processing time is 185 business days. If you have any questions, please contact the FSC at 202-401-8365 or EDFOIAManager@ed.gov. You may also check the status of your request at https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx.

### Additional Information

No additional information is needed at this time. However, we will contact you if, in the future, any additional information is needed in order to complete our search for documents.

### Fees and Expedited Processing

There are currently no fees associated with this request. If we determine that a fee assessment is necessary, we will provide you with a fee estimate and the status of your requester category. If you requested a fee waiver and we determine a fee assessment is necessary, we will include our determination along with the fee estimate.

Your request for expedited processing is denied because you do not qualify under one of the two required categories: (1) Circumstances in which the lack of expedited treatment could pose an imminent threat to life or physical safety, or (2) You are a person primarily engaged in disseminating information and there exists an urgency to inform the public concerning actual or alleged Federal Government activity.

### Additional Assistance

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS). The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes. OGIS, which is outside the Department, offers ombuds services, including dispute resolution, to assist FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Please note, OGIS's assistance does not replace the administrative appeal process described below. You may contact the FOIA Public Liaison or OGIS at:

> FOIA Public Liaison
> Office of the Secretary
> U.S. Department of Education
> 400 Maryland Ave., SW, LBJ 7W104
> Washington, DC 20202-4500

Email: robert.wehausen@ed.gov
Phone: 202-205-0733
Fax: 202-401-0920

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road, OGIS
College Park, MD 20740-6001
Email: OGIS@nara.gov
Phone: 202-741-5770 or 1-877-684-6448

If expedited processing and/or a fee waiver was requested and denied, you have the right to appeal the Department's decision by submitting an appeal to the address below, no later than 90 calendar days from the date of this letter. Using the FOIA Public Liaison or OGIS services described above does not affect your right or the deadline to file an appeal. Your appeal must be in writing and must include a detailed statement of all legal and factual bases for the appeal. It should be accompanied by this letter, a copy of your initial letter of request, and any documentation that supports the argument you wish the Department to consider in making an administrative determination on your appeal. You may submit your appeal by:

Mail: Appeals Office
    Office of the Secretary
    U.S. Department of Education
    400 Maryland Avenue, SW, LBJ 7W104
    Washington, DC 20202-4536

Online Form: www.ed.gov/policy/gen/leg/foia/foia-appeal-form.pdf

E-mail: EDFOIAappeals@ed.gov

Fax: 202-401-0920

    Sincerely,

    ED FOIA Service Center
    Office of the Secretary