**From:** Sandra.Lewandowski@ed.gov <Sandra.Lewandowski@ed.gov>
**Sent:** Wednesday, December 13, 2023 11:26 AM
**To:** Stacy Skankey <SSkankey@goldwaterinstitute.org>
**Subject:** 24-00550-F Fee Estimate


Dear Stacy Skankey:

This e-mail is notification of the fees associated with your FOIA Request No. 24-00550-F. Our search has located approximately 7,000 records of responsive documents. The fees pertaining to the search of these documents have been calculated to be $ 2,099.34. The afore-mentioned fee is an estimate and the final cost may exceed this amount.

Please advise if you are willing to pay this amount $ 2,099.34. Additionally, be advised that until such time that the Department receives notification of your willingness to pay the processing costs associated with your FOIA Request, all search and review of responsive documents will cease. If we have not received a response within 10 calendar days of the date of this e-mail, FOIA Request No. 24-00550-F will be administratively closed.

If you have questions or wish to discuss this matter in greater detail, please feel free to contact me between the hours of 8:30am – 4:30pm, Monday through Friday.


Sandra Lewandowski

Government Information Specialist

Office of the Secretary

FOIA Service Center

**Exhibit D**