

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE SECRETARY

FOIA Service Center

December 22, 2023

Stacy Skankey
Staff Attorney
Goldwater Institute
500 E Coronado Rd
Phoenix, AZ  85004

FOIA Request No. 24-00550-F

Dear Stacy Skankey:

This letter is in response to your request dated December 4, 2023, requesting information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your request was received in this office on December 5, 2023.  Your request was assigned to the appropriate office within the Department to search for documents that may be responsive to your request.

You have asked for a waiver of all fees, including duplication fees, associated with processing your request based on your requester category as Other requester. Based on the information you submitted for a fee waiver, that request is granted.

You have the right to seek further assistance from the Department's FOIA Public Liaison, Robert Wehausen.  The Department's FOIA Public Liaison can be reached by:

| | |
|---|---|
| Mail: | FOIA Public Liaison |
| | Office of the Secretary |
| | U.S. Department of Education |
| | 400 Maryland Ave., SW, LBJ 7W104 |
| | Washington, DC 20202-4500 |
| E-mail: | Robert.Wehausen@ed.gov |
| Phone: | 202-205-0733 |
| Fax: | 202-401-0920 |

If you have any questions, or would like the original signed copy of this letter, please contact the FOIA Requester Service Center at (202) 401-8365 or via e-mail at EDFOIAManager@ed.gov.

Sincerely,

Sandra Lewandowski
Government Information Specialist

**Exhibit H**