From : Robert.Wehausen@ed.gov
To : kschlott@goldwaterinstitute.org; EDFOIAManager@ed.gov
Sent : 1/16/2024 8:45AM
Subject : Dept. of Education - Grand Canyon University - Response to Demand Letter

Good morning Stacy Skankey,

This communication is intended to clarify the timeline you provided in the attached letter regarding the Department's statutory requirement to make an initial determination.

The processing clock was tolled on December 13, 2023 when the Department provided a fee estimate of $2,099.34 in an email from Sandra Lewandowski. On December 22, 2023, the Department granted your organization's request for a fee waiver, which resulted in the resuming of the processing clock.

As a result of this pause, the statutory deadline of twenty business days has not expired. The Department's initial determination to your pending FOIA request will be provided today.

Please feel free to contact me directly regarding this matter.

Thanks,
Bobby

*Robert Wehausen*

Director of Operations|FOIA Service Center
U.S. Department of Education
400 Maryland Ave, SW
Room 7W100
Washington, DC 20202
Direct Line:  (202) 205-0733

---

**From:** Kris Schlott <kschlott@goldwaterinstitute.org>
**Sent:** Friday, January 12, 2024 6:31 PM
**To:** ED FOIA Manager <EDFOIAManager@ed.gov>; Wehausen, Robert <Robert.Wehausen@ed.gov>
**Cc:** Stacy Skankey <SSkankey@goldwaterinstitute.org>; Jonathan Riches <jriches@goldwaterinstitute.org>
**Subject:** FOIA Request No. 24-00550-F

> Some people who received this message don't often get email from kschlott@goldwaterinstitute.org. Learn why this is important
>
> **UTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Please see the attached letter from Stacy Skankey.

Sincerely,

**Kris Schlott**
**Paralegal**

Exhibit J

Goldwater Institute |[https://link.edgepilot.com/s/aed6abea/xikv3tFi_oqhzTiCkxOYKA?u=http://www.goldwaterinstitute.org/](https://link.edgepilot.com/s/aed6abea/xikv3tFi_oqhzTiCkxOYKA?u=http://www.goldwaterinstitute.org/) | Telephone

*The Goldwater Institute is the nation's premier liberty organization, advancing and defending freedom in all 50 states, and the Barry Goldwater Legacy Society is the most powerful tool to ensure your support will sustain Goldwater's work well into the future.  To learn more, simply visit[Goldwater.GiftLegacy.com](http://Goldwater.GiftLegacy.com).*

CONFIDENTIALITY NOTICE: The information contained in this message is privileged and confidential. It is intended only to be read by the individual or entity named above or their designee. Any distribution of this message by any person who is not the intended recipient is strictly prohibited. If you have received this message in error, do not read it. Please immediately notify the sender and delete it. Thank you.


Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.