**From:** Sandra.Lewandowski@ed.gov <Sandra.Lewandowski@ed.gov>
**Sent:** Tuesday, January 16, 2024 10:13 AM
**To:** Stacy Skankey <SSkankey@goldwaterinstitute.org>
**Subject:** FOIA Request 24-00550-F 20 Day Status Notification

Dear Stacy Skankey,

Please find attached above the 20 Day Status Notification to your FOIA request.

Thank you,

ED FOIA Manager

FOIA Service Center
US Department of Education
(202) 401-8365

**Exhibit K**



# United States Department of Education
Office of the Secretary
FOIA Service Center

January 16, 2024

Stacy Skankey
Staff Attorney
Goldwater Institute
500 E Coronado Rd
Phoenix, AZ  85004

RE: FOIA Request No. 24-00550-F

Dear Stacy Skankey

This is a status update regarding your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated December 4, 2023, and received in the U.S. Department of Education's (Department) FOIA Service Center (FSC) on December 5, 2023.

When received, your request was forwarded to the appropriate office(s) within the Department to conduct a search for any responsive records. At this time, your request is still being processed.

Due to the unusual circumstances that exist with your FOIA requests as defined by U.S.C. § 552(a)(6)(B)(i)(ii), the Department will not be able to respond by the 20 day statutory requirement. The scope of your FOIA requests requires the Department to conduct a vast search, which we anticipate will result in a large amount of responsive records.

We aim to complete your requests as promptly as possible.  At this time, we are unable to provide an estimated completion date, but intend to provide records on a rolling basis as they become available. Should you wish to narrow the scope of your requests, this action may limit the number of potentially responsive records, and speed the necessary processing. If you are interested in reformulating or narrowing your request, or have any other questions, please contact the FSC at 202-401-8365 or EDFOIAManager@ed.gov.

We appreciate your patience as we work diligently to process your request. Please be advised that the average request processing time is approximately 185 business days. As this is an average, your request may take more time or may be processed sooner. You can check the status of your request at https://foiaxpress.pal.ed.gov/app/CheckStatus.aspx.

Page 2 - Stacy Skankey
FOIA Request No. 24-00550-F

You have the right to seek assistance and/or dispute resolution services from the Department's FOIA Public Liaison or the Office of Government Information Services (OGIS). The FOIA Public Liaison is responsible, among other duties, for assisting in the resolution of FOIA disputes. The FOIA Public Liaison may also assist in reformulating or narrowing your request. OGIS, which is outside the Department, offers ombuds services, including dispute resolution, to assist FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. You may contact the FOIA Public Liaison or OGIS at:

>FOIA Public Liaison
>Office of the Secretary
>U.S. Department of Education
>400 Maryland Ave., SW, LBJ 7W104
>Washington, DC 20202-4500
>Email: robert.wehausen@ed.gov
>Phone: 202-205-0733
>Fax: 202-401-0920

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road, OGIS
>College Park, MD 20740-6001
>Email: OGIS@nara.gov
>Phone: 202-741-5770 or 1-877-684-6448

Sincerely,

ED FOIA Service Center
Office of the Secretary