# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Goldwater Institute for Public Policy Research,<br><br>        Plaintiff,<br><br>v.<br><br>United States Department of Education,<br><br>        Defendant. | No. CV-24-00314-PHX-SMM<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Stay Oral Argument (First Request). (Doc. 36). The parties jointly request that the Court stay oral argument in this matter for a period of thirty (30) days so that the new Administration may review the FOIA redactions and exemptions claimed in order to determine if any changes need to be made. Accordingly,

**IT IS ORDERED granting** the Stipulated Motion. (Doc. 36).

**IT IS FURTHER ORDERED vacating** the Oral Argument presently set for March 7, 2025 and **resetting** the Oral Argument to <u>April 18, 2025 at 11:00 AM</u>. The remaining provisions in the Court's prior Order, (Doc. 33), are still effective.

Dated this 4th day of March, 2025.

_____
Stephen M. McNamee
Senior United States District Judge