# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Goldwater Institute for Public Policy Research, | No. CV-24-00314-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Education, | |
| Defendant. | |

This matter is before the Court on its own review of the docket. This matter is presently set for oral argument on April 18, 2025, having been moved back at the parties' joint request. (Doc. 37). The Department of Education specifically sought for the argument to be moved back because the incumbent Administration needed time to review the claimed redactions to the Department's FOIA responses. (Doc. 36). More broadly, however, there appears to be some uncertainty regarding the continuing operations of the Department of Education which may impact the Department's claimed FOIA exemptions, particularly in relation to the Department's enforcement action against Grand Canyon University. The Court thus orders the parties to jointly file a status report to provide some clarity on how this action will proceed going forward.

**IT IS ORDERED** that the parties must jointly file a status report on April 11, 2025 advising the Court on the following: 1) whether oral argument may proceed on the briefing as filed, 2) if additional briefing is needed, whether supplemental briefing would suffice or whether entirely new motions for summary judgment are necessary, and 3) the

status of the Department's enforcement action against GCU and GCU's appeal of such before the Department's Office of Hearings and Appeals.

Dated this 7th day of April, 2025.

_____
Stephen M. McNamee
Senior United States District Judge