# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Goldwater Institute for Public Policy Research, | No. CV-24-00314-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Education, | |
| Defendant. | |

    This matter is before the Court on the parties' Joint Status Report, (Doc. 40), filed on April 11, 2025. The Court requested information from the parties as to whether the oral argument on the parties' cross-motions for summary judgment set for April 18, 2025 may proceed. The parties take differing positions as to whether oral argument may proceed; Plaintiff contends that oral argument may go forward on the motions as filed, whereas the Department of Education requests that oral argument be postponed because the Department's attorneys who assisted with the case have been terminated and no one at the Department has been able to access their files. Consequently, the Department is uncertain as to whether any re-processing and re-release of the requested documents will occur.

    Due to the Department's uncertainty regarding this case and the potential for re-processing of Plaintiff's FOIA request, the Court finds that it would not be in the best interest of the Court's resources to proceed to oral argument at this time. If the Department opts to re-process and re-release documents pursuant to Plaintiff's FOIA

1 request, this matter may—at least in part—become moot. Further, because the
2 Department has withdrawn the fine against GCU and GCU has accordingly dismissed its
3 appeal, it appears that some of the Department's claimed FOIA exemptions have been
4 impacted because there is no longer an ongoing enforcement action. However, the Court
5 will not indefinitely postpone ruling on the parties' cross-motions. The Court will instead
6 continue the oral argument for 30 days so as to afford the Department an adequate
7 opportunity to resolve any uncertainties regarding its position and the potential re-
8 processing of Plaintiff's FOIA request.

**IT IS THEREFORE ORDERED vacating** the Oral Argument set on April 18, 2025 and **resetting** the Oral Argument to Friday, May 16, 2025 at 1:30 PM.

Dated this 14th day of April, 2025.

_____
Stephen M. McNamee
Senior United States District Judge